PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00220-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA; ORDER THEREON |
| v. | |
| HARLEY JAMES MITCHELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Griffin Estes, attorney for defendant Harley James Mitchell, that the status conference set for January 10, 2024 at 1:00 pm be vacated and instead a change of plea hearing be set for January 8, 2024 before the District Judge.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the matter was set for status conference on January 10, 2024 and time was excluded under the Speedy Trial Act through January 17, 2024.

2. By this stipulation, defendant now moves to <u>vacate the status conference and set the matter for change of plea on January 8, 2024</u> before the District Judge. This proposed change of plea date represents the earliest date that all counsel are available, taking into account attorney schedules, court availability, and the commitments of defense counsel to other clients.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Stipulation 1

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: December 21, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By    /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: December 21, 2023

/s/ Griffin Estes
GRIFFIN ESTES
Attorney for Harley MITCHELL

## FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference set for January 10, 2024 will be vacated and change of plea will be set for January 8, 2024 before the District Judge at 11:00 am in Courtroom 5.

IT IS SO ORDERED.

Dated: **December 21, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE